FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2019 AUG 29 PM 1:59

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v.

ELIGIO CARDET

CASE NO. 2:19-cr-
18 U.S.C. § 641

2:19-cr-142-FtM-38MRM

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning in or about November 2014, and continuing through in or about April 2019, in the Middle District of Florida, and elsewhere, the defendant,

ELIGIO CARDET,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the Social Security Administration, a department and agency of the United States, that is, benefit payments under the Title II Federal Old-Age, Survivors, and Disability Insurance Program (OASDI), with intent to deprive the United States and the Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

**FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: a $41,953.00 forfeiture money judgment, which represents the proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be

divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

        MARIA CHAPA LOPEZ
        United States Attorney

By: _____
        Yolande G. Viacava
        Assistant United States Attorney

By: _____
        Jesus M. Casas
        Assistant United States Attorney
        Chief, Fort Myers Division