UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 2:19-cr-142-FtM-38MRM

ELIGIO CARDET
_____/

## ORDER OF FORFEITURE

The Defendant pleaded guilty to Count One of the Information charging him with theft of government money or property, in violation of 18 U.S.C. § 641 before United States Magistrate Judge Mac R. McCoy on September 10, 2019.   (Doc. 15).   The United States has established that defendant obtained $41,953.00 in proceeds as a result of the offense and has filed a Motion for Order of Forfeiture of said proceeds.   (Doc. 22).

The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $41,953.00.   For the reasons stated in the motion, it is **GRANTED**.   The United States is entitled to forfeit the $41,953.00 in proceeds the defendant obtained.

Because the $41,953.00 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), forfeiture of any of the defendant's property up to the value of $41,953.00.   Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

**DONE and ORDERED** in Fort Myers, Florida, this 19th day of September 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record