UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-142-FtM-38MRM

ELIGIO CARDET

## ORDER[1]

Before the Court on Defendant's Seventh Supplemental Filing Pursuant to Court's Order and Request for Release of Passports. (Doc. 63). Defendant seeks to have the Clerk release his passports to enable his deployment with the United States Army. In accordance with the Court last Order (Doc. 61), the request is granted.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Request for Release of Passports (Doc. 63) is **GRANTED**.

2. The Clerk is **DIRECTED** to release Defendant's passports to him.

**DONE AND ORDERED** in Fort Myers, Florida on this 2nd day of June 2020.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.